UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DAVID BUSH,<br><br>    Plaintiff,<br><br>v.<br><br>SONOMA WEST HOLDINGS INC, et al.,<br><br>    Defendant. | Case No. 21-cv-03069-VC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 8 |

The Court has reviewed Judge Donna M. Ryu's Report and Recommendation Re: Dismissal of the Complaint and notes there are no objections to the Report. The Court adopts the Report in every respect. Accordingly, the complaint is dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: August 9, 2021

_____
VINCE CHHABRIA
United States District Judge