UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM D. BUSH,<br><br>  Plaintiff,<br><br>  v.<br><br>SONOMA WEST HOLDINGS INC, et al.<br><br>  Defendants. | Case No. 21-cv-08853-JCS<br>*Also Filed in Case No. 21-cv-03069-VC*<br><br>**SUA SPONTE REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

Plaintiff William Bush, pro se, previously filed a complaint with allegations substantially similar to the present case, but moved to voluntarily dismiss that case without prejudice after the Honorable Donna Ryu recommended that it be dismissed for failure to allege that Bush provided sufficient notice to regulators before bringing suit. The Honorable Vince Chhabria granted Bush's motion to dismiss without prejudice. *Bush v. Sonoma W. Holdings Inc*, No. 21-cv-03069-VC, ECF Doc. No. 11 (N.D. Cal. Aug. 9, 2021). Bush filed this case after purporting to provide sufficient notice. This case is therefore REFERRED to Judge Chhabria under Civil Local Rule 3-12(c) to determine whether it is related to case number 21-cv-03069. *See also* Civ. L.R. 3-3(c) (addressing refiled actions). Bush may file a response supporting or opposing finding the cases related no later than April 15, 2022. *See* Civ. L.R. 3-12(c), 3-12(e), 7-11(b).

The undersigned has separately prepared a report and recommendation that this case be dismissed with prejudice. If Judge Chhabria determines that the cases are not related, this case will be reassigned to a randomly selected district judge because not all parties have appeared and consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c).

**IT IS SO ORDERED.**

Dated: April 11, 2022

JOSEPH C. SPERO
Chief Magistrate Judge